Argued and submitted March 16, affirmed April 20, 2011

In the Matter of T. J. N. M.,
a Youth.

STATE OF OREGON,
*Respondent,*

*v.*

T. J. N. M.,
*Appellant.*

Deschutes County Circuit Court
630594;
Petition Number 08JV0102;
A144489

255 P3d 624

Christa Obold-Eshleman argued the cause and filed the brief for appellant.

Cecil A. Reniche-Smith, Assistant Attorney General, argued the cause for respondent. With her on the brief were John R. Kroger, Attorney General, and David B. Thompson, Interim Solicitor General.

Before Ortega, Presiding Judge, and Rosenblum, Judge, and Sercombe, Judge.

PER CURIAM

Affirmed. *State v. E. V.*, 240 Or App 298, 246 P3d 78 (2010), *rev den*, 350 Or 130 (2011).